## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**C. ROBINSON ENTERPRISES, LLC, ET AL.**

**CIVIL ACTION**

**VERSUS**

**NO.  24-512-JWD-EWD**

**ALM BATON ROUGE, LLC AND
AMAZON.COM SERVICES, LLC**

### CONSOLIDATED WITH

**C. ROBINSON ENTERPRISES, LLC, ET AL.**

**CIVIL ACTION**

**VERSUS**

**NO.  25-176-JWD-EWD**

**AMAZON LOGISTICS, INC. AND
MISSY A. STOKER**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 6, 2025 (Doc. 46), to which no objection was filed;

**IT IS ORDERED** that the claims of Plaintiffs C. Robinson Enterprises, LLC and Chad Robinson against Defendant ALM Baton Rouge, LLC are **DISMISSED WITHOUT PREJUDICE** from this case because ALM was improperly joined as a defendant.

**IT IS FURTHER ORDERED** that the Ex Parte Motion for Leave to File Second Amended Notice of Removal, (Doc. 13)  filed by Defendant Amazon.com Services, LLC and ALM Baton Rouge, LLC, is **GRANTED**, and that the Clerk of Court is directed to docket the Second Amended Notice of Removal into the record of this matter, which will become the operative Amended Notice of Removal.(Doc. 13-2).

**IT IS FURTHER ORDERED** that the case is referred to the undersigned for entry of a scheduling order.

Signed in Baton Rouge, Louisiana, on <u>August 21, 2025</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**