UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| C. ROBINSON ENTERPRISES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 24-512-JWD-EWD |
| ALM BATON ROUGE, LLC ANDAMAZON.COM SERVICES, LLC | |

CONSOLIDATED WITH

| | |
|---|---|
| C. ROBINSON ENTERPRISES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 25-176-JWD-EWD |
| AMAZON LOGISTICS, INC. AND MISSY A. STOKER | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 16, 2026 (Doc. 26), to which no objection was filed;

**IT IS ORDERED** that Motion to Remand, (Doc. 34) filed by C. Robinson Enterprise, LLC and Chad Robinson, is **DENIED** because Defendant Missy A. Stoker is improperly joined as a defendant.

**IT IS FURTHER ORDERED** that all of Plaintiffs' claims against Stoker are **DISMISSED WITHOUT PREJUDICE,** and that Stoker is **TERMINATED** as a defendant.

Upon the termination of Stoker as a party, this Court now has diversity subject matter jurisdiction over the member case.

Signed in Baton Rouge, Louisiana, on February 4, 2026.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA